AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Fenner, Gary A. | US Court Western District of Missouri | 10/24/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior District Judge | ☐ Nomination ☐ Date<br>☐ Initial ✔ Annual ☐ Final<br><br>5b. ☒ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

Charles Evans Whittaker U.S. Courthouse
400 E. 9th Street
Kansas City, MO 64106

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

✔ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2017 | Retirement benefits from the State of MO. I have no control in regard to this agreement. |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fenner, Gary A. | 10/24/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2017 | State of MO Retirement | $73,026.26 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | State of MO Retirement |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fenner, Gary A. | 10/24/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Herzog Contracting Corp. | Transportation and lodging on fishing trip to Ontario, Canada | $2,500.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fenner, Gary A. | 10/24/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Affiliated Managers Group | A | Int./Div. | J | T | | | | | |
| 2. Alphabet Inc. Cl A | | None | J | T | | | | | |
| 3. Alphabet Inc. Cl C | | None | K | T | | | | | |
| 4. Amazon Inc. | | None | M | T | | | | | |
| 5. American Funds New Economy A | D | Int./Div. | M | T | | | | | |
| 6. Amgen Inc. | B | Int./Div. | K | T | | | | | |
| 7. Apache Corp. | A | Int./Div. | | | Sold | 11/20/17 | J | A | |
| 8. Applied Materials Inc. | | None | L | T | Buy | 12/20/17 | L | | |
| 9. Archer Daniels Midland Co. | A | Int./Div. | K | T | | | | | |
| 10. AT&T Inc. | B | Int./Div. | K | T | | | | | |
| 11. AXA Equitable Accounts (Insurance Policy) | | None | J | T | | | | | |
| 12. Bank Hawaii Corp | A | Int./Div. | J | T | | | | | |
| 13. Bank New York Mellon Corp | A | Int./Div. | K | T | Sold (part) | 09/27/17 | J | A | |
| 14. Bank of America Accounts | B | Int./Div. | L | T | | | | | |
| 15. Bemis Inc. | A | Int./Div. | J | T | | | | | |
| 16. Boeing Co. | B | Int./Div. | L | T | Sold (part) | 06/07/17 | J | B | |
| 17. Boeing Co. | B | Int./Div. | L | T | Sold (part) | 11/20/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fenner, Gary A. | 10/24/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. CA Inc. | A | Int./Div. | J | T | | | | | |
| 19. Campbell Soup Co. Bond | B | Int./Div. | | | Sold | 12/20/17 | L | A | |
| 20. Capital One Financial Corp. | A | Int./Div. | K | T | | | | | |
| 21. Chevron Corp. | A | Int./Div. | J | T | | | | | |
| 22. Cisco System Inc. | B | Int./Div. | K | T | | | | | |
| 23. Columbia MO Water & Electric Rev Ref & Impt Sys | A | Int./Div. | K | T | | | | | |
| 24. Compass Minerals International | A | Int./Div. | K | T | | | | | |
| 25. ConocpoPhillips | A | Int./Div. | J | T | | | | | |
| 26. Country Club Bank Account | B | Int./Div. | J | T | | | | | |
| 27. CVS Caremark | A | Int./Div. | J | T | | | | | |
| 28. Dell Technologies | | None | | | Sold | 08/11/17 | J | B | |
| 29. Diageo PLC | A | Int./Div. | J | T | | | | | |
| 30. Diebold Inc. | A | Int./Div. | J | T | | | | | |
| 31. Discovery Communications Inc. | A | Int./Div. | | | Sold | 11/20/17 | J | | |
| 32. Du Pont e I De Nemours | A | Int./Div. | | | Merged (with line 34) | 08/31/17 | K | | |
| 33. Du Pont e i De Nemours | B | Int./Div. | | | Merged (with line 34) | 08/31/17 | J | | |
| 34. Dow Du Pont Inc. | A | Int./Div. | K | T | Sold (part) | 09/25/17 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q –Appraisal | R =Cost (Real Estate Only) | S –Assessment | T =Cash Market | |
| | U =Book Value | V –Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fenner, Gary A. | 10/24/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Exxon Mobil | A | Int./Div. | K | T | Buy (add'l) | 11/20/17 | J | | |
| 36. First Eagle High Yield I | C | Int./Div. | L | T | | | | | |
| 37. First Horizon National Corp. | A | Int./Div. | J | T | Buy | 09/27/17 | J | | |
| 38. Ford Motor Co. | A | Int./Div. | | | Sold | 02/08/17 | J | | |
| 39. Gemalto ADR | A | Int./Div. | | | Sold | 08/30/17 | J | | |
| 40. General Electric | A | Int./Div. | | | Sold | 11/20/17 | J | | |
| 41. IBM | B | Int./Div. | K | T | Sold (part) | 06/07/17 | J | | |
| 42. Intel Corp. Com | B | Int./Div. | K | T | Sold (part) | 11/20/17 | J | A | |
| 43. Intel Corp. | | None | K | T | Sold (part) | 11/20/17 | J | | |
| 44. iShares MSCI EAFE ETF | C | Int./Div. | M | T | Buy (add'l) | 05/22/17 | K | | |
| 45. iShares MSCI EAFE ETF | | None | M | T | Buy (add'l) | 11/20/17 | J | | |
| 46. iShares MSCI EAFE Growth ETF | | None | L | T | Buy (add'l) | 11/20/17 | J | | |
| 47. iShares MSCI EAFE Growth ETF | B | Int./Div. | L | T | Buy (add'l) | 05/22/17 | J | | |
| 48. Jackson County MO Cons Sch Dist #2 Raytown | A | Int./Div. | K | T | | | | | |
| 49. Jacobs Engineering Group Inc. | | None | K | T | Buy | 09/27/17 | J | | |
| 50. Jacobs Engineering Group | | None | K | T | Buy (add'l) | 09/27/17 | J | | |
| 51. Jacobs Engineering Group Inc. | A | Int./Div. | K | T | Sold (part) | 11/20/17 | J | A | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Fenner, Gary A. | 10/24/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| 52. | Johnson & Johnson | A | Int./Div. | K | T | | | | | |
| 53. | JPMorgan Chase & Co. | B | Int./Div. | L | T | | | | | |
| 54. | Kemper Corp Del Com | | None | | | Sold | 03/28/17 | J | | |
| 55. | Kemper Corp. | A | Int./Div. | | | Sold | 03/28/17 | J | A | |
| 56. | KLA Tencor Corp | | None | J | T | Buy | 06/07/17 | J | | |
| 57. | KLA Tencor Corp. | A | Int./Div. | J | T | | | | | |
| 58. | Kohls Corp | A | Int./Div. | J | T | Buy | 09/22/17 | J | | |
| 59. | Koninklijke Philips Electrics | B | Int./Div. | L | T | | | | | |
| 60. | Labratory Corp. | | None | J | T | Buy | 09/27/17 | J | | |
| 61. | Lord Abbett Affiliated A | D | Int./Div. | L | T | | | | | |
| 62. | Macys Inc. | A | Int./Div. | J | T | Buy | 09/22/17 | J | | |
| 63. | Mass Mutual Financal Account Life Policy | | None | K | T | | | | | |
| 64. | Merck & Co. | A | Int./Div. | J | T | | | | | |
| 65. | Microsoft Corp. | A | Int./Div. | K | T | | | | | |
| 66. | Monsanto Co. | B | Int./Div. | L | T | | | | | |
| 67. | MunichRe Group ADR | A | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fenner, Gary A. | 10/24/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. NBC Universal Media LLC | A | Int./Div. | K | T | | | | | |
| 69. NCR Corp. | | None | J | T | | | | | |
| 70. Nextera Energy Inc. | A | Int./Div. | J | T | | | | | |
| 71. Nucor Corp. | C | Int./Div. | L | T | | | | | |
| 72. Novartis AG Sponsored ADR | A | Int./Div. | J | T | | | | | |
| 73. Omnicom Group Com | A | Int./Div. | J | T | | | | | |
| 74. PayChex Inc. | A | Int./Div. | J | T | Buy | 09/22/17 | J | | |
| 75. Pfizer Inc. | A | Int./Div. | K | T | | | | | |
| 76. Phillips 66 | A | Int./Div. | J | T | | | | | |
| 77. PPL Corp. | | None | J | T | | | | | |
| 78. Prudential Financial Inc. | B | Int./Div. | K | T | Sold (part) | 06/07/17 | J | A | |
| 79. Powershares International Div Achievers | B | Int./Div. | | | Buy (add'l) | 05/22/17 | J | | |
| 80. Powershares International Div Achievers | | None | | | Sold | 11/20/17 | K | | |
| 81. Qualcomm Inc. | A | Int./Div. | K | T | | | | | |
| 82. Raytheon | A | Int./Div. | J | T | | | | | |
| 83. Regions Financial Corp. | A | Int./Div. | J | T | Buy | 11/20/17 | J | | |
| 84. Riverpark Strategic Income Institutional | B | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fenner, Gary A. | 10/24/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85. Royal Bank of Canada | A | Int./Div. | K | T | Buy (add'l) | 06/07/17 | J | | |
| 86. Royal Bank of Canada Montreal | | None | K | T | Buy | 09/27/17 | J | | |
| 87. Royal Bank of Canada | | None | K | T | Buy (add'l) | 09/27/17 | J | | |
| 88. Schlumberger Ltd. | A | Int./Div. | J | T | | | | | |
| 89. St Charles MO Neighborhood Impt Dist | A | Int./Div. | K | T | | | | | |
| 90. Staples Inc. | A | Int./Div. | | | Buy (add'l) | 2/8/2017 | J | | |
| 91. Staples Inc. | | None | | | Sold | 09/12/17 | J | | |
| 92. SPDR S&P MidCap 400 ETF | A | Int./Div. | K | T | | | | | |
| 93. Target Corp. | A | Int./Div. | J | T | | | | | |
| 94. Teva Pharmaceuticals Ltd. ADR | | None | | | Sold | 08/07/17 | J | | |
| 95. Teva Pharmaceuticals Ltd. ADR | A | Int./Div. | | | Sold | 08/04/17 | J | | |
| 96. Teva Pharmaceuticals PFD Conv. 7% | A | Int./Div. | | | Sold | 08/04/17 | J | | |
| 97. Thermo Fisher Corp. | A | Int./Div. | K | T | | | | | |
| 98. Thomson Reuters Corp. | A | Int./Div. | J | T | | | | | |
| 99. Thornburg International Value | A | Int./Div. | J | T | Buy | 11/27/17 | J | | |
| 100. Total SA | A | Int./Div. | K | T | | | | | |
| 101. Tweedy Browne Global Value | | None | K | T | Buy | 11/20/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fenner, Gary A. | 10/24/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 102. Tweedy Browne Global Value | | None | K | T | Buy (add'l) | 11/27/17 | K | | |
| 103. Twenty-First Century Fox | A | Int./Div. | K | T | Sold (part) | 06/07/17 | J | | |
| 104. Undiscovered Managers Behavioral Value | B | Int./Div. | K | T | | | | | |
| 105. United Technologies Bond. | A | Int./Div. | J | T | | | | | |
| 106. United Technologies Corp. | A | Int./Div. | K | T | | | | | |
| 107. Vodafone Group Plc ADR | B | Int./Div. | K | T | Buy | 02/08/17 | J | | |
| 108. Waddell & Reed Advisors Science & Technology Fund | A | Dividend | J | T | | | | | |
| 109. Waddell & Reed Advisors Bond C (Mutual Fund) | A | Dividend | J | T | | | | | |
| 110. Waddell & Reed Advisors (Mutual Fund) | A | Dividend | J | T | | | | | |
| 111. Walmart Stores Inc. | B | Int./Div. | K | T | | | | | |
| 112. Walt Disney Co. | A | Int./Div. | J | T | | | | | |
| 113. Wells Fargo Short-Term Hi Yield | C | Int./Div. | L | T | Sold (part) | 09/20/17 | L | | |
| 114. Wentzsville MO Sch Dist #R-4 Ref MO Direct Dep Program | A | Int./Div. | K | T | | | | | |
| 115. WisdomTree TR Europe Hedged | A | Int./Div. | | | Sold | 05/22/17 | K | | |
| 116. Zurich Insurance Group. | A | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Fenner, Gary A. | 10/24/18 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 38 Ford Motor Co. was inadvertently omitted from my 2016 report. Ford should have been listed in my 2016 report with income amount A, type Dividend, gross value at end of reporting period J and value method T.

Lines 44 and 45 iShares MSCI EAFE ETF were inadvertently left off of my 2016 Report due to their similarity with the reported iShares MSCI EAFE Growth ETF shares. The iShares MSCI EAFE ETF should have been shown on my 2016 Report as follows:

Income: Amount B; Type Dividend; Gross value at end of Reporting Period: Value L, Value Method T; Transactions During Reporting Period: Type Buy, Date 12/6/16, Value Code L.

| Name of Person Reporting | Date of Report |
|---|---|
| Fenner, Gary A. | 10/24/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Gary A. Fenner**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544